S. LANE TUCKER
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 4:24-cr-00007-RRB-SAO |
|---|---|
| Plaintiff, | COUNT 1: |
| vs. | CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE |
| ROBERTA RUTH SIELAK, and CASEY DAVID MAYER, | Vio. of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B) |
| Defendants. | ENHANCED STATUTORY PENALTIES ALLEGATION: |
|  | 21 U.S.C. § 841(a)(1), (b)(1)(B) |
|  | CRIMINAL FORFEITURE ALLEGATION: |
|  | 21 U.S.C. § 853 |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning on or about March 17, 2023, and continuing until on or about April 3, 2023, within the District of Alaska and elsewhere, the defendants, ROBERTA RUTH

SIELAK, and CASEY DAVID MAYER, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury to distribute a controlled substance, to wit: 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

All of which is in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(B).

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, ROBERTA RUTH SIELAK, committed the offense charged in Count 1, she had a prior conviction that had become final for one felony drug offense- Attempted Distribution of a Controlled Substance, District of Alaska, Case No. 4:21-CR-00007-002-RRB, for which she served more than 12 months' imprisonment and for which her release from any term of imprisonment related to the offenses were within 15 years of the commencement of the offense charged in Count 1.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction for the offenses in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, the defendants, ROBERTA RUTH SIELAK, and CASEY DAVID MAYER, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

//

//

All of which is pursuant to 21 U.S.C. § 853.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ William R. Reed for
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE:   May 21, 2024